# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| PAMELA S. NALE, | |
| Plaintiff, | |
| v. | No. 06-2205 |
| MECO CORPORATION, a Tennessee corporation, d/b/a SAMSONITE FURNITURE CO., | |
| Defendant. | |

**FILED OCT 19**
JOHN M. WATERS
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

## NOTICE OF FILING
## NOTICE OF REMOVAL OF CIVIL ACTION

TO:   Todd E. Schum, Esq.
      Manion Devens McFetridge & Schum, Ltd.
      24 East North Street
      Danville, Illinois 61832

PLEASE TAKE NOTICE that there was filed on the 19th day of October, 2006 with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, Defendant Meco Corporation's Notice of Removal of Civil Action, a true copy of which was served upon you and filed with the Clerk of the Fifth Judicial Circuit, Vermilion County, Illinois.

                                    MECO CORPORATION

                                    By: _____
                                        Cara M. Houck, One of its Attorneys

Cara M. Houck
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
(312) 849-8100

## CERTIFICATE OF SERVICE ON COUNSEL
## AND FILING WITH THE STATE COURT

Cara M. Houck, an attorney, certifies that the foregoing Notice of Filing, together with Defendant Meco Corporation's Notice of Removal of the Civil Action, were served upon all counsel of record and filed with the Clerk of the Circuit Court of the Fifth Judicial Circuit, Vermilion County, Illinois, on the 19th day of October, 2006.

_Cara M. Houck_
Cara M. Houck