# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

PAMELA S. NALE

MECO CORPORATION, a Tennessee corporation
d/b/a SAMSONITE FURNITURE CO.

**APPEARANCE**

Case Number: 06-2205

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant Meco Corporation

I certify that I am admitted to practice in this court.

10/19/06
Date

*Cara M. Houck*
Signature

| Cara M. Houck | 06239153 |
|---|---|
| Print Name | Bar Number |

77 West Wacker Drive, Suite 4100
Address

| Chicago | Illinois | 60601 |
|---|---|---|
| City | State | Zip Code |

| 312-849-8100 | 312-920-6160 |
|---|---|
| Phone Number | Fax Number |

American LegalNet, Inc.
www.FormsWorkflow.com