IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAMELA S. NALE,<br><br>                Plaintiff,<br><br>v.<br><br>MECO CORPORATION, a Tennessee corporation, d/b/a SAMSONITE FURNITURE CO.,<br><br>                Defendant. | No. 06-2205  |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for defendant Meco Corporation, furnishes the following in compliance with Rule 11.3 of this court:

    (1)    The full name of every party or amicus the attorney represents in the case:

**ANSWER:**    Meco Corporation.

    (2)    If such party or amicus is a corporation:

            (a)    its parent corporation, if any; and

            (b)    a list of corporate stockholders which are publicly held companies owning 10% or more of the stock of the party or amicus if it is a publicly held company.

**ANSWER:**    (a)    Unaka Corporation.

            (b)    Meco Corporation is a privately owned close corporation.

    (3)    The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case:

**ANSWER:**    McGuireWoods LLP
                      77 West Wacker Drive
                      Suite 4100
                      Chicago, Illinois 60601
                      312.849.8100

Dated: October 19, 2006

                                                *Cara M. Houck*
                                          Cara M. Houck, An Attorney for Defendant

Cara M. Houck
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
(312) 849-8100
\4230100.1