E-FILED
Thursday, 16 November, 2006 09:42:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| PAMELA S. NALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:06-cv-2205 |
| | ) | |
| MECO CORPORATION, a Tennessee corporation, d/b/a SAMSONITE FURNITURE CO., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO AFFIRMATIVE DEFENSES**

NOW COMES the Plaintiff, PAMELA S. NALE, by her attorneys, Manion, Devens, McFetridge & Schum, Ltd., and for her response to the affirmative defenses heretofore asserted by the Defendant, states as follows:

**FIRST AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the first affirmative defense.

**SECOND AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the second affirmative defense.

**THIRD AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the third affirmative defense.

**FOURTH AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the fourth affirmative defense.

**FIFTH AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the fifth affirmative defense.

**SIXTH AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the sixth affirmative defense.

**SEVENTH AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the seventh affirmative defense.

**EIGHTH AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the eighth affirmative defense.

**NINTH AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the ninth affirmative defense.

**TENTH AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the tenth affirmative defense.

**ELEVENTH AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the eleventh affirmative defense.

**TWELFTH AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the twelfth affirmative defense.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the thirteenth affirmative defense.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the fourteenth affirmative defense.

**FIFTEENTH AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the fifteenth affirmative defense.

**SIXTEENTH AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the sixteenth affirmative defense.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

______The Plaintiff denies the allegations contained in the seventeenth affirmative defense.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

______The Plaintiff denies the allegations contained in the eighteenth affirmative defense.

**NINETEENTH AFFIRMATIVE DEFENSE**

______The Plaintiff denies the allegations contained in the nineteenth affirmative defense.

**TWENTIETH AFFIRMATIVE DEFENSE**

______The Plaintiff denies the allegations contained in the twentieth affirmative defense.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

______The Plaintiff denies the allegations contained in the twenty-first affirmative defense, and further denies that her damage award should be reduced by any amount.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

______The Plaintiff denies the allegations contained in the twenty-second affirmative defense, and denies that the Defendant should be severally liable for all non-medical and non-medical related damages.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the twenty-third affirmative defense, and further states that she has described the underlying claims with sufficient particularity and further denies that Defendant needs to or should be permitted to "amend and/or supplement the averments of its answer".

WHEREFORE, the Plaintiff respectfully prays that the affirmative defenses, and each and every one of them, be DENIED, and that judgment enter in Plaintiff's favor and against the Defendant.

Respectfully submitted,

By: /s/ Todd E. Schum
Manion, Devens, McFetridge & Schum, Ltd.

**PROOF OF SERVICE**

I, the undersigned, being first duly sworn, depose and state that I mailed a copy of the foregoing to:

Ms. Cara M. Houck, McGuirewoods, LLP, 77 W. Wacker Dr., Ste 4100, Chicago, IL 60601

by placing said document in an envelope properly addressed and stamped, and by mailing said envelope in a United States Post Office Box located in Danville, Illinois, on the ____ day of November, 2006.

______________________________________

Subscribed and sworn to before me
this ____ day of November, 2006.

______________________________
Notary Public

Todd E. Schum
Manion, Devens, McFetridge
& Schum, Ltd.
24 E. North St.
Danville, IL 61832
(217) 446-3889