UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| PAMELA S. NALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:06-cv-2205 |
| | ) | |
| MECO CORPORATION, a Tennessee corporation, d/b/a SAMSONITE FURNITURE CO., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

NOW COMES John D. McFetridge, of Manion, Devens, McFetridge & Schum, Ltd., who hereby enters his appearance as attorney of record for the Plaintiff, PAMELA S. NALE.

Respectfully Submitted,

By: /s/ John D. McFetridge
Manion, Devens, McFetridge & Schum, Ltd.

## PROOF OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and say that I mailed a copy of the foregoing to:

Ms. Cara M. Houck, McGuirewoods, LLP, 77 W. Wacker Dr., Ste 4100, Chicago, IL 60601

by placing a copy of said document in an envelope properly addressed and stamped and by mailing from a United States Post Office box located in Danville, Illinois on the _____ day of November, 2006.

_____

Subscribed and sworn to before me
this _____ day of November, 2006.

_____
Notary Public

John D. McFetridge
Manion, Devens, McFetridge
& Schum, Ltd.
Attorneys for Plaintiff
24 E. North St.
Danville, IL 61832
(217) 446-3889