UNITED STATE DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

**E-FILED**
Friday, 22 December, 2006  02:00:57 PM
Clerk, U.S. District Court, ILCD

PAMELA S. NALE,                                )
                                               )
             Plaintiff,                        )
                                               )
vs.                                            )    No. 06 CV 02205
                                               )
MECO CORPORATION, a Tennessee                  )
Corporation, d/b/a SAMSONITE FURNITURE         )
COMPANY,                                       )
                                               )
             Defendant.                        )

### CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that on the 22nd day of December, 2006, he served a copy of *Plaintiff's Rule 26(a)(1) Initial Disclosures* by depositing same in the United States mail in Danville, Illinois, with proper postage affixed thereto and addressed to:

Ms. Cara M. Houck
McGuireWoods, LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

PAMELA S. NALE, Plaintiff

By: _____
Of Manion, Devens, McFetridge & Schum, Ltd.

Subscribed and sworn to before me
this 22nd day of December, 2006.

_____
Notary Public

"OFFICIAL SEAL"
SUSAN BARRON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/19/2007

Todd E. Schum
Manion, Devens, McFetridge & Schum, Ltd.
Attorneys for Plaintiff
24 E. North Street
Danville, IL 61832
Telephone: (217) 446-3889