E-FILED
Thursday, 04 January, 2007  03:35:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATE DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAMELA S. NALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06 CV 02205 |
| | ) |
| MECO CORPORATION, a Tennessee | ) |
| Corporation, d/b/a SAMSONITE FURNITURE | ) |
| CO., | ) |
| | ) |
| Defendant. | ) |

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff, Pamela S. Nale, being represented by Todd E. Schum, and Defendant, Meco Corporation, incorrectly sued as Meco Corporation, d/b/a Samsonite Furniture Co., being represented by Cara M. Houck, conferred on December 22, 2006, for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates that counsel has agreed upon.

1. Parties will exchange initial disclosures pursuant to Fed. R. Civ. P 26(a)(1) by January 12, 2007.

2. Plaintiff shall disclose experts and provide expert reports by July 1, 2007.

3. Plaintiff shall make any such experts available for deposition by September 1, 2007.

4. Defendant shall disclose experts and provide expert reports by October 1, 2007.

5. Defendant shall make any such experts available for deposition by December 1, 2007.

6. All fact discovery is to be completed by June 15, 2007.

7. The deadline for joining additional parties is June 15, 2007.

8. The deadline for amendment of pleadings is February 28, 2007.

9.  Discovery shall be modified as follows:

    The parties do not recommend any modifications at this time.

10. All discovery, including depositions of experts, is to be completed by December 1, 2007.

11. Plaintiff will need discovery regarding Defendant's claims and allegations in this case as well as Defendant's answer and affirmative defense allegations, including but not limited to discovery of the facts at issue in this case, Defendant's production of the product at issue, evidence to support each allegation described in the Plaintiff's Complaint as well as Defendant's answer and affirmative defenses, documentation supporting Plaintiff's allegations and Defendant's answer and affirmative defense allegations and names of all witnesses with knowledge of this incident, claims, allegations or damages described in the Plaintiff's Complaint or Defendant's answer.

12. Defendant will need discovery regarding Plaintiff's claims and allegations in this case, including but not limited to discovery of the facts at issue in this case, Plaintiff's medical treatment, evidence to support each allegation described in the Plaintiff's Complaint, documentation supporting Plaintiff's alleged damages, and names of all witnesses with knowledge of the incident, claims, allegations or damages described in the Complaint.

13. The deadline for filing case dispositive motions shall be January 12, 2008.

PAMELA S. NALE, Plaintiff        MECO CORPORATION, Defendant

BY: *Todd E. Schum*        BY: *Cara M. Houck*
Todd E. Schum        Cara M. Houck

Todd E. Schum, ARDC No. 6196034    Cara M. Houck, ARDC No. 06239153
Attorney for Plaintiff        Attorney for Defendant
Manion, Devens, McFetridge        McGuire Woods, LLP
& Schum, Ltd.        77 W. Wacker Drive, Suite 4100
24 E. North Street        Chicago, IL 60601
Danville, IL 61832        Telephone: (312) 849-8100
Telephone: (217) 446-3889        Facsimile: (312) 849-3690
Facsimile: (217) 446-6298        E-mail: chouck@mcguirewoods.com
E-mail: mdms@insightbb.com

## ORDER

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before

_____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before

_____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before

_____ on _____ **(Case No.___)**.

Dated: _____    ENTER:

_____
Judge

3