E-FILED
Friday, 19 January, 2007  01:45:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PAMELA S. NALE, | ) | |
| | ) | |
| Plaintiff, | ) | 06-2205 |
| v. | ) | |
| | ) | |
| MECO CORPORATION, a Tennessee Corporation, d/b/a SAMSONITE FURNITURE CO., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## CASE MANAGEMENT ORDER #1

This case is before the court pursuant to Federal Rule of Civil Procedure 16. The plaintiff appeared through Todd E. Schum, Esq. The defendants appeared through Cara M. Houck, Esq. The parties have submitted a proposed discovery plan. The proposed plan is accepted by the court, amended and supplemented as follows:

1. The plaintiff shall identify experts and provide written reports by July 1, 2007. The plaintiff's experts shall be deposed by August 1, 2007. The defendants shall identify experts and provide written reports by September 1, 2007. The defendants' experts shall be deposed by October 1, 2007.

2. All discovery, including expert discovery, shall be completed by October 1, 2007.

3. The dispositive motion deadline is November 1, 2007. Responses and replies shall be filed in accordance with this court's Local Rules.

4. A final pretrial conference is scheduled for February 19, 2008, at 1:30 p.m. by personal appearance.

5. Jury selection and jury trial are scheduled to begin on February 25, 2008, at 9:00 a.m. before the court sitting in Urbana, Illinois.

6. A telephone status conference will be held on April 25, 2007, at 1:30 p.m. or as soon thereafter as the court reaches the case. The court will initiate the call.

Enter this 19th of January, 2007.

**s/Harold A. Baker**
_____
Harold A. Baker
United States District Judge