IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAMELA S. NALE, | |
| Plaintiff, | |
| v. | No. 06 CV 02205 |
| MECO CORPORATION, a Tennessee corporation, d/b/a SAMSONITE FURNITURE CO., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned certifies that she served Meco Corporation's Response to Request for Production upon:

>Todd E. Schum, Esq.
>Manion Devens McFetridge & Schum, Ltd.
>24 East North Street
>Danville, Illinois 61832

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States mail box located at 77 West Wacker Drive, Chicago, Illinois at or before 5:00 p.m. on the 27th day of March, 2007.

_____
[signature: Catherine Evans]

[X]   Under penalties as provided by law pursuant to Ill.Rev.Stat., Ch. 110, Sec. 1-109, I certify that the statements set forth herein are true and correct.

\4437747.1