IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAMELA S. NALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 06 CV 02205 |
| | ) |
| MECO CORPORATION, a Tennessee Corporation, | ) |
| d/b/a SAMSONITE FURNITURE CO., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 27th day of March, 2007, he served *Answers to Interrogatories* and *Response to Request to Produce* to Defendant by depositing same in the United States mail in Danville, Illinois, with proper postage affixed thereto and addressed to:

Ms. Cara M. Houck, McGuirewoods, LLP, 77 W. Wacker Drive, Suite 4100, Chicago, IL 60601

As requested by the Circuit Court, the original of said documents were not filed with the Circuit Clerk; this Certificate is hereby filed with the Clerk, disclosing that copies were served as stated herein.

PAMELA S. NALE, Plaintiff,

By:   s/ Todd E. Schum
Of Manion, Devens, McFetridge
    & Schum, Ltd.
Attorneys for Plaintiff
24 E. North Street
Danville, IL  61832-5804
Telephone: 217.446.3889