IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAMELA S. NALE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MECO CORPORATION, a Tennessee Corporation, )<br>d/b/a SAMSONITE FURNITURE CO., )<br>)<br>Defendant. ) | No. 06 CV 02205 |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 28th day of March, 2007, he served *Interrogatories* Defendant by depositing same in the United States mail in Danville, Illinois, with proper postage affixed thereto and addressed to:

Ms. Cara M. Houck, McGuirewoods, LLP, 77 W. Wacker Drive, Suite 4100, Chicago, IL 60601

As requested by the Court, the original of said documents were not filed; this Certificate is hereby filed, disclosing that copies were served as stated herein.

PAMELA S. NALE, Plaintiff,

By:   s/ Todd E. Schum
      Of Manion, Devens, McFetridge
            & Schum, Ltd.
      Attorneys for Plaintiff
      24 E. North Street
      Danville, IL  61832-5804
      Telephone: 217.446.3889