E-FILED
Friday, 04 May, 2007 10:56:02 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

PAMELA S. NALE

MECO CORPORATION, a Tennessee corporation
d/b/a SAMSONITE FURNITURE CO.

**APPEARANCE**

Case Number: 06 cv 02205

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for defendant Meco Corporation

      I certify that I am admitted to practice in this court.

4/30/07
Date

_____
Signature

Martha J. Swicegood                          47457 (Virginia)
Print Name                                        Bar Number

901 East Cary Street
Address

Richmond              Virginia          23219
City                       State              Zip Code

804-775-1000                 804-775-1061
Phone Number                              Fax Number

American LegalNet, Inc.
www.FormsWorkflow.com