IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAMELA S. NALE,<br><br>                       Plaintiff,<br><br>v.<br><br>MECO CORPORATION, a Tennessee corporation, d/b/a SAMSONITE FURNITURE CO.,<br><br>                       Defendant. | No. 06 CV 02205 |

### CERTIFICATE OF SERVICE

The undersigned certifies that she served Meco Corporation's Answer to Interrogatories Propounded to Defendant on:

        Todd E. Schum, Esq.
        Manion Devens McFetridge & Schum, Ltd.
        24 East North Street
        Danville, Illinois 61832

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States mail box located at 77 West Wacker Drive, Chicago, Illinois at or before 5:00 p.m. on the 11th day of May, 2007.

                                                                                         _Catherine M. Evans_

[X]    Under penalties as provided by law pursuant to Ill.Rev.Stat., Ch. 110, Sec. 1-109, I certify that the statements set forth herein are true and correct.

\4517427.1