IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAMELA S. NALE, | |
| Plaintiff, | |
| v. | No. 06 CV 02205 |
| MECO CORPORATION, a Tennessee corporation, d/b/a SAMSONITE FURNITURE CO., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned certifies that she served the additional Appearance of Martha Swicegood for Meco Corporation on:

> Todd E. Schum, Esq.
> Manion Devens McFetridge & Schum, Ltd.
> 24 East North Street
> Danville, Illinois 61832

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States mail box located at 77 West Wacker Drive, Chicago, Illinois at or before 5:00 p.m. on the 16th day of May, 2007.

s/ Catherine M. Evans

[X]  Under penalties as provided by law pursuant to Ill.Rev.Stat., Ch. 110, Sec. 1-109, I certify that the statements set forth herein are true and correct.

\4578482.1