IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAMELA S. NALE, | |
| Plaintiff, | |
| v. | No. 06 CV 02205 |
| MECO CORPORATION, a Tennessee corporation, d/b/a SAMSONITE FURNITURE CO., | |
| Defendant. | |

### STIPULATION FOR DISMISSAL

IT IS HEREBY stipulated and agreed by and between Plaintiff Pamela S. Nale and Defendant Meco Corporation (erroneously sued as d/b/a Samsonite Furniture Co.), by and through their respective counsel, that plaintiff's claims and causes of action set forth in this case are hereby dismissed, each party to bear its own costs.

MANION DEVENS MCFETRIDGE & SCHUM, LTD.

By: _____
Todd E. Schum, Esq.
Manion Devens McFetridge & Schum, Ltd.
24 East North Street
Danville, Illinois 61832
*Attorneys for Plaintiff*

MCGUIREWOODS LLP

By: _____
Cara M. Houck, Esq.
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601
*Attorneys for Defendant*

\4622700.1

## CERTIFICATE OF SERVICE

The undersigned certifies that she served the foregoing Stipulation for Dismissal upon all parties of record by e-service on the 1st day of August, 2007.

_____
Catherine Evans

[X]   Under penalties as provided by law pursuant to
      Ill.Rev.Stat., Ch. 110, Sec. 1-109, I certify that the
      statements set forth herein are true and correct.